# Exhibit A

Will County Circuit Clerk
Twelfth Judicial Circuit Court
Electronically Filed
2022LA000248
Filed Date: 4/13/2022 11:47 AM
Envelope: 17482566
Clerk: SE

## IN THE CIRCUIT COURT OF WILL COUNTY, ILLINOIS

ERNESTINA MARTINEZ, individually and on
behalf of all others similarly situated,

        *Plaintiff,*

      v.

AARON THOMAS COMPANY, INC.,

        *Defendant.*

Case No.:    **2022LA000248**

### CLASS ACTION COMPLAINT

Plaintiff Ernestina Martinez ("Martinez" or "Plaintiff") brings this Class Action Complaint against Defendant Aaron Thomas Company, Inc., ("ATC" or "Defendant") to put a stop to its unlawful collection, use, disclosure, dissemination, and storage of Plaintiff's and the putative Class members' sensitive biometric data. Plaintiff, for Plaintiff's Class Action Complaint, allege as follows upon personal knowledge as to Plaintiff's own acts and experiences and, as to all other matters, upon information and belief.

### NATURE OF THE ACTION

1.     ATC is a manufacturing company located in Crest Hill, Illinois.

2.     ATC's location requires employees to scan their biometric identifiers, namely their fingerprints or hand geometry, as an authorization method to track their time worked.

3.     Once a user has registered and scanned their fingerprint or hand geometry on an ATC biometric reader, that information is enrolled and retained in ATC's database(s) and cloud-based system(s).

4.     When individuals scan their fingerprint and/or handprint (collectively,

> **Initial case management set for**
> 08/01/2022      **at:** 9:00    **a.m.**
>
> ROOM: A236

\* 5 0 2 0 4 2 7 6 \*

"fingerprint") in an ATC biometric time tracking system as a means of authentication, their biometric information and biometric data is transmitted to an ATC database.

5.     Thereafter, the data is broadcast through ATC's software and web-based data collection and storage system.

6.     While there are tremendous benefits to using biometric systems, there are also serious risks. For example, if a fingerprint database is hacked, breached, or otherwise exposed, individuals have no means by which to prevent identity theft and unauthorized tracking.

7.     Recognizing the need to protect its citizens from situations like these, Illinois enacted the Biometric Information Privacy Act, 740 ILCS 14/1, *et seq.* ("BIPA"), specifically to regulate companies that collect and store Illinois citizens' biometrics, such as handprints.

8.     Despite this law, ATC disregarded individuals' statutorily protected privacy rights and unlawfully collect, store, and use their biometric data in violation of the BIPA. Specifically, ATC has violated (and continue to violate) the BIPA because it did not:

- Before collection, properly inform Plaintiff and the Class members in writing of the specific purpose and length of time for which their fingerprints were being collected, stored, and used, as required by the BIPA;

- Before collection provide a publicly available retention schedule and guidelines for permanently destroying Plaintiff's and the Class's fingerprints, as required by the BIPA; nor

- Before first collecting receive a written release from Plaintiff or the members of the Class to collect, capture, or otherwise obtain handprints, as required by the BIPA.

- Before disclosure and dissemination, obtain consent from Plaintiff and Class members.

9.     Accordingly, this Complaint seeks an order: (i) declaring that ATC's conduct violates the BIPA; (ii) requiring ATC to cease the unlawful activities discussed herein; and (iii) awarding liquidated damages to Plaintiff and the proposed Class.

## PARTIES

10.     Plaintiff is a natural person and citizen of the State of Illinois.

11.     Defendant ATC is a Foreign BCA Corporation, that conducts business in Illinois and has a registered agent in Illinois.

## JURISDICTION AND VENUE

12.     This Court has personal jurisdiction over ATC because ATC conducted business and scanned Plaintiff's fingerprint and collected and stored Plaintiff's fingerprint data in Illinois.

13.     This Court has jurisdiction over Defendant pursuant to 735 ILCS 5/2-209 because Defendant conducts business transactions in Illinois and have committed tortious acts in Illinois.

14.     Venue is proper in Will County because Defendant operates throughout this County and "resides" in Will County within the meaning of 735 ILCS § 5/2-102(a).

## FACTUAL BACKGROUND

### I.     The Biometric Information Privacy Act.

15.     In the early 2000's, major national corporations started using Chicago and other locations in Illinois to test "new [consumer] applications of biometric-facilitated financial transactions, including finger-scan technologies at grocery stores, gas stations, and school cafeterias." 740 ILCS 14/5(b). Given its relative infancy, an overwhelming portion of the public became weary of this then-growing, yet unregulated technology. *See* 740 ILCS 14/5.

16.     In late 2007, a biometrics company called Pay By Touch—which provided major retailers throughout the State of Illinois with fingerprint scanners to facilitate consumer transactions—filed for bankruptcy. That bankruptcy was alarming to the Illinois Legislature because suddenly there was a serious risk that millions of fingerprint records—which, are unique biometric identifiers, can be linked to people's sensitive financial and personal data—could now

3

be sold, distributed, or otherwise shared through the bankruptcy proceedings without adequate protections for Illinois citizens. The bankruptcy also highlighted the fact that most consumers who had used that company's fingerprint scanners were completely unaware that the scanners were not actually transmitting fingerprint data to the retailer who deployed the scanner, but rather to the now-bankrupt company, and that unique biometric identifiers could now be sold to unknown third parties.

17.    Recognizing the "very serious need [for] protections for the citizens of Illinois when it [came to their] biometric information," Illinois enacted the BIPA in 2008. *See* Illinois House Transcript, 2008 Reg. Sess. No. 276; 740 ILCS 14/5.

18.    The BIPA is an informed consent statute which achieves its goal by making it unlawful for a company to, among other things, "collect, capture, purchase, receive through trade, or otherwise obtain a person's or a customer's biometric identifiers or biometric information, unless it *first*:

> (1) informs the subject . . . in writing that a biometric identifier or biometric information is being collected or stored;
>
> (2) informs the subject . . . in writing of the specific purpose and length of term for which a biometric identifier or biometric information is being collected, stored, and used; and
>
> (3) receives a written release executed by the subject of the biometric identifier or biometric information.

740 ILCS 14/15(b).

19.    BIPA specifically applies to employees and individuals who work in the State of Illinois. BIPA defines a "written release" specifically "in the context of employment [as] a release executed by an employee as a condition of employment." 740 ILCS 14/10.

20.    Biometric identifiers include retina and iris scans, voiceprints, scans of fingerprints

4

and face geometry, and—most importantly here—fingerprints. *See* 740 ILCS 14/10. Biometric information is separately defined to include any information based on an individual's biometric identifier that is used to identify an individual. *See id.*

21.     The BIPA establishes standards for how private entities must handle an individual's biometric identifiers and biometric information. *See* 740 ILCS 14/15(c)–(d). For instance, the BIPA requires companies to develop and comply with a written policy—made available to the public—establishing a retention schedule and guidelines for permanently destroying biometric identifiers and biometric information when the initial purpose for collecting such identifiers or information has been satisfied or within three years of the individual's last interaction with the company, whichever occurs first. 740 ILCS 14/15(a).

22.     Ultimately, the BIPA is simply an informed consent statute. Its narrowly tailored provisions place no absolute bar on the collection, sending, transmitting or communicating of biometric data. For example, the BIPA does not limit what kinds of biometric data may be collected, sent, transmitted, or stored. Nor does the BIPA limit to whom biometric data may be collected, sent, transmitted, or stored. The BIPA simply mandates that entities wishing to engage in that conduct must make proper disclosures and implement certain reasonable safeguards.

## II.     ATC Violates the Biometric Information Privacy Act.

23.     By the time BIPA passed through the Illinois legislature in mid-2008, most companies who had experimented using employees' biometric data as an authentication method stopped doing so.

24.     However, ATC failed to take note of the shift in Illinois law governing the collection and use of biometric data despite that it had been in effect for over a decade. As a result,

ATC continued to collect, store, use, and disseminate Illinois employees' biometric data in reckless and/or willful violation of BIPA.

25.     Specifically, when individuals use ATC's biometric systems, they are required to have their fingerprints captured and stored to enroll them in ATC's equipment, systems, and database(s).

26.     ATC uses and supplies employee time tracking system that requires its clients' employees to use their fingerprint as a means of authentication. Unlike a traditional timeclock, employees must use their fingerprints to "punch" in and out of work on an ATC biometric system.

27.     Upon information and belief, ATC fails to inform its employees that it discloses their fingerprint data to at least one out-of-state third-party vendor, ATC; fails to inform individuals who use its biometric systems that it discloses their fingerprint data to other, currently unknown third parties, which host the biometric data in their data centers; fails to inform individuals of the purposes and duration for which it collects their sensitive biometric data; and fails to obtain written releases from individuals before collecting their fingerprints.

28.     Upon information and belief, ATC fails to inform individuals that it discloses their fingerprint data to other, currently unknown third parties, which host the biometric data in their data centers; fails to inform individuals of the purposes and duration for which it collects their sensitive biometric data; and fails to obtain written releases from individuals before collecting their fingerprints.

29.     Furthermore, ATC failed to provide individuals with a written, publicly available policy identifying their retention schedule and guidelines for permanently destroying fingerprints when the initial purpose for collecting or obtaining their fingerprints is no longer relevant, as required by BIPA.

6

30.     In addition, ATC profits from the use of individuals' biometric data collected at ATC facilities. ATC contracts with third-party vendors and partners that benefit from the time management services, software, and equipment that ATC provides. In turn, ATC receives a profit from the business arrangement(s).

31.     The Pay by Touch bankruptcy, which triggered the passage of BIPA, highlights why such conduct – where individuals are aware that they are providing a fingerprint but are not aware to whom or for what purposes they are doing so – is dangerous. This bankruptcy spurred Illinois citizens and legislators into realizing that it is crucial for individuals to understand when providing biometric identifiers such as a fingerprint, who exactly is collecting their biometric data, where it will be transmitted, for what purposes it will be transmitted, and for how long. ATC disregard these obligations and certain statutory rights and instead unlawfully collect, store, use, and disseminate  biometric identifiers and information, without ever receiving the individual's informed written consent required by BIPA.

32.     Upon information and belief, ATC lacked and failed to follow publicly-available retention schedules and guidelines for permanently destroying Plaintiff's and other similarly-situated individuals' biometric data and have not and will not destroy Plaintiff's and other similarly-situated individuals' biometric data when the initial purpose for collecting or obtaining such data has been satisfied or within three years of the employee's last interaction with each company.

33.     Since ATC did not publicly provide or publish BIPA-mandated data retention policies nor disclose the purposes for their collection of biometric data, individuals have no idea whether ATC sells, discloses, re-discloses, or otherwise disseminates their biometric data. Moreover, Plaintiff and others similarly situated are not told to whom any ATC currently discloses

their biometric data to, or what might happen to their biometric data in the event of a merger or a bankruptcy.

34.     These violations have raised a material risk that Plaintiff's and other similarly-situated individuals' biometric data will be unlawfully accessed by third parties.

35.     By and through the actions detailed above, ATC disregarded Plaintiff's and other similarly-situated individuals' legal rights in violation of BIPA.

## FACTS SPECIFIC TO PLAINTIFF

36.     Plaintiff performed duties for one of ATC's clients in Illinois.

37.     The ATC equipment required Plaintiff to scan their fingerprint into an ATC biometric system so that the data could be uses it as an authentication method to track time. ATC subsequently stored Plaintiff's fingerprint data in its databases and transmitted the data using ATC's software.

38.     ATC failed to first inform Plaintiff of the specific limited purposes or length of time for which it collected, stored, or used fingerprints.

39.     Similarly, ATC failed to inform Plaintiff of any biometric data retention policy it developed, nor whether it will ever permanently delete fingerprints.

40.     Prior to providing biometric data, Plaintiff did not sign a written release allowing ATC to collect or store fingerprints.

41.     Plaintiff was never informed nor consented to ATC's disclosure of their fingerprint data between ATC's hardware and databases, or through any third-party software.

42.     Plaintiff has continuously and repeatedly been exposed to the risks and harmful conditions created by ATC's violations of the BIPA alleged herein.

43.     Plaintiff now seeks liquidated damages under BIPA as compensation for the

injuries ATC have caused.

## CLASS ALLEGATIONS

44.     **Class Definition**: Plaintiff brings this action on behalf of Plaintiff and a Class of similarly situated individuals, defined as follows:

> All persons who had their fingerprints or handprints collected, captured, received, otherwise obtained, or disclosed by ATC while in Illinois.

The following people are excluded from the Class: (1) any Judge presiding over this action and members of their families; (2) Defendant's subsidiaries, parents, successors, predecessors, and any entity in which the Defendant or its parents have a controlling interest and its current or former officers and directors; (3) persons who properly execute and file a timely request for exclusion from the Class; (4) persons whose claims in this matter have been finally adjudicated on the merits or otherwise released; (5) Plaintiff's counsel and Defendant's counsel; and (6) the legal representatives, successors, and assigns of any such excluded persons.

45.     **Numerosity**: The exact number of Class members is unknown to Plaintiff at this time, but it is clear that individual joinder is impracticable. ATC has collected, captured, received, or otherwise obtained biometric identifiers or biometric information from at least hundreds of individuals who fall into the definition of the Class. Ultimately, the Class members will be easily identified through ATC's records.

46.     **Commonality and Predominance**: There are many questions of law and fact common to the claims of Plaintiff and the Class, and those questions predominate over any questions that may affect individual members of the Class. Common questions for the Class include, but are not necessarily limited to the following:

> a)   whether Defendant collected, captured, or otherwise obtained Plaintiff's and the Class' biometric identifiers or biometric information;

b) whether Defendant properly informed Plaintiff and the Class of its purposes for collecting, using, and storing their biometric identifiers or biometric information;

c) whether Defendant obtained a written release (as defined in 740 ILCS 14/10) to collect, use, and store Plaintiff and the Class' biometric identifiers or biometric information;

d) whether Defendant has sold, leased, traded, or otherwise profited from Plaintiff and the Class's biometric identifiers or biometric information;

e) whether Defendant developed a written policy, made available to the public, establishing a retention schedule and guidelines for permanently destroying biometric identifiers and biometric information when the initial purpose for collecting or obtaining such identifiers or information has been satisfied or within three years of their last interaction, whichever occurs first;

f) whether Defendant complies with any such written policy (if one exists); and

g) whether Defendant used Plaintiff and the Class' fingerprints to identify them.

47. **Adequate Representation**: Plaintiff will fairly and adequately represent and protect the interests of the Class and have retained counsel competent and experienced in complex litigation and class actions. Plaintiff has no interests antagonistic to those of the Class, and Defendant has no defenses unique to Plaintiff. Plaintiff and their counsel are committed to vigorously prosecuting this action on behalf of the members of the Class, and have the financial resources to do so. Neither Plaintiff nor their counsel have any interest adverse to those of the other members of the Class.

48. **Appropriateness**: This class action is appropriate for certification because class proceedings are superior to all others available methods for the fair and efficient adjudication of this controversy and joinder of all members of the Class is impracticable. The damages suffered by the individual members of the Class are likely to have been small relative to the burden and expense of individual prosecution of the complex litigation necessitated by ATC's wrongful conduct. Thus, it would be virtually impossible for the individual members of the Class to obtain

* 5 0 2 0 4 2 7 6 *

effective relief from ATC's misconduct. Even if members of the Class could sustain such individual litigation, it would not be preferable to a class action because individual litigation would increase the delay and expense to all parties due to the complex legal and factual controversies presented in their Complaint. By contrast, a class action presents far fewer management difficulties and provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single court. Economies of time, effort, and expense will be fostered and uniformity of decisions will be ensured.

49.     Plaintiff and counsel will fairly and adequately protect the interests of the Class.

50.     Plaintiff retained counsel experienced in complex class action litigation.

**CAUSE OF ACTION**
**Violation of 740 ILCS 14/1, *et seq.***
**(On Behalf of Plaintiff and the Class)**

51.     Plaintiff incorporates the foregoing allegations as if fully set forth herein.

52.     The BIPA requires companies to obtain informed written consent from employees before acquiring their biometric data. Specifically, the BIPA makes it unlawful for any private entity to "collect, capture, purchase, receive through trade, or otherwise obtain a person's or a customer's biometric identifiers or biometric information, unless [the entity] first: (1) informs the subject . . . in writing that a biometric identifier or biometric information is being collected or stored; (2) informs the subject . . . in writing of the specific purpose and length of term for which a biometric identifier or biometric information is being collected, stored, and used; *and* (3) receives a written release executed by the subject of the biometric identifier or biometric information…." 740 ILCS 14/15(b) (emphasis added).

53.     The BIPA also mandates that companies in possession of biometric data establish and maintain a satisfactory biometric data retention (and—importantly—deletion) policy.

11

Specifically, those companies must: (i) make publicly available a written policy establishing a retention schedule and guidelines for permanent deletion of biometric data (*i.e.,* when the employment relationship ends); and (ii) actually adhere to that retention schedule and actually delete the biometric information. *See* 740 ILCS 14/15(a).

54. Unfortunately, ATC failed to comply with these BIPA mandates.

55. ATC qualifies as a "private entity" under the BIPA. *See* 740 ILCS 14/10.

56. Plaintiff and the Class are individuals who had their "biometric identifiers" collected by ATC.

57. Plaintiff and the Class' biometric identifiers or information based on those biometric identifiers were used to identify them, constituting "biometric information" as defined by the BIPA. *See* 740 ILCS 14/10.

58. ATC violated 740 ILCS 14/15(b)(3) by failing to obtain written releases from Plaintiff and the Class before it collected, used, and stored their biometric identifiers and biometric information.

59. ATC violated 740 ILCS 14/15(b)(1) by failing to inform Plaintiff and the Class in writing that their biometric identifiers and biometric information were being collected and stored.

60. ATC violated 740 ILCS 14/15(b)(2) by failing to inform Plaintiff and the Class in writing of the specific purpose and length of term for which their biometric identifiers or biometric information was being collected, stored, and used.

61. ATC violated 740 ILCS 14/15(a) by failing to publicly provide a retention schedule or guideline for permanently destroying its biometric identifiers and biometric information.

62. ATC systematically and automatically disclosed, redisclosed, or otherwise disseminated Plaintiff's biometric identifiers and/or biometric information without first obtaining

the consent required by 740 ILCS 14/15(d)(1).

63.     ATC also otherwise profited from biometric data collected at ATC's facilities in violation of 740 ILCS 14/15(c).

64.     By collecting, storing, and using Plaintiff's and the Class' biometric identifiers and biometric information as described herein, ATC violated Plaintiff's and the Class' rights to privacy in their biometric identifiers or biometric information as set forth in the BIPA, 740 ILCS 14/1, *et seq*.

65.     By disclosing, redisclosing, or otherwise disseminating Plaintiff's and the Class's biometric identifiers and biometric information as described herein, each Defendant violated Plaintiff's and the Class's rights to privacy in their biometric identifiers or biometric information as set forth in BIPA. *See* 740 ILCS 14/1, *et seq*.

66.     Ultimately, ATC disregards individuals' statutorily protected privacy rights by violating the BIPA and did so knowingly or recklessly because the law has been in effect for over a decade and ATC exchange internal correspondence about biometric privacy law without taking additional steps to comply.

67.     On behalf of themselves and the Class, Plaintiff seeks: (1) injunctive and equitable relief as is necessary to protect the interests of the Plaintiff and the Class by requiring Defendant's to comply with the BIPA's requirements for the collection, storage, and use of biometric identifiers and biometric information as described herein; (2) liquidated damages for each of ATC's violations of the BIPA pursuant to 740 ILCS 14/20; and (3) reasonable attorneys' fees and costs and expenses pursuant to 740 ILCS 14/20(3).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, on behalf of herself and the Class, respectfully request that the Court enter an Order:

A.     Certifying this case as a class action on behalf of the Class defined above, appointing Plaintiff as representative of the Class, and appointing their counsel as Class Counsel;

B.     Declaring that Defendant's actions, as set out above, violate the BIPA;

C.     Awarding statutory damages for each of Defendant's violations of the BIPA, pursuant to 740 ILCS 14/20;

D.     Awarding injunctive and other equitable relief as is necessary to protect the interests of the Class, including an Order requiring ATC to collect, store, and use biometric identifiers or biometric information in compliance with the BIPA;

F.     Awarding Plaintiff and the Class their reasonable litigation expenses and attorneys' fees;

G.     Awarding Plaintiff and the Class pre- and post-judgment interest, to the extent allowable; and

H.     Awarding such other and further relief as equity and justice may require.


Dated: April 13, 2022                    Respectfully submitted,


                                         **Ernestina Martinez, individually and on behalf
                                         of all others similarly situated,**

                                         By: /s/ Mara Baltabols
                                             One of Plaintiff's Attorneys

                                         David Fish
                                         dfish@fishlawfirm.com
                                         Mara Baltabols
                                         mara@fishlawfirm.com
                                         FISH POTTER BOLAÑOS, P.C.
                                         200 East Fifth Avenue, Suite 123
                                         Naperville, Illinois 60563
                                         Tel: 312.861.1800
                                         Fax: 630.778.0400
                                         docketing@fishlawfirm.com

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | **SUMMONS** | For Court Use Only |
|---|---|---|

WILL COUNTY

**Instructions ▼**

Enter above the county name where the case was filed.

Enter your name as Plaintiff/Petitioner.

Enter the names of all people you are suing as Defendants/Respondents.

Enter the Case Number given by the Circuit Clerk.

ERNESTINA MARTINEZ, individually and on behalf of all others similarly situated

**Plaintiff / Petitioner** *(First, middle, last name)*

v.  AARON THOMAS COMPANY, INC.,

**Defendant / Respondent** *(First, middle, last name)*

☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)*

**2022LA000248**

**Case Number**

| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/. |
|---|---|

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.

Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org.

**Plaintiff/Petitioner:**

Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.

If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent.

In **1a**, enter the name and address of a Defendant/Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here.

In **1b**, enter a second address for Defendant/Respondent, if you have one.

In **1c**, check how you are sending your documents to Defendant/Respondent.

1. **Defendant/Respondent's address and service information:**
   a. Defendant/Respondent's primary address/information for service:
   Name *(First, Middle, Last)*:  AARON THOMAS COMPANY, INC.,
   Registered Agent's name, if any:  c/o R KYMN HARP
   Street Address, Unit #:  180 N LA SALLE ST STE 3300
   City, State, ZIP:  CHICAGO , IL 60601
   Telephone:                     Email:

   b. If you have more than one address where Defendant/Respondent might be found, list that here:
   Name *(First, Middle, Last)*:
   Street Address, Unit #:
   City, State, ZIP:
   Telephone:                     Email:

   c. Method of service on Defendant/Respondent:
   ☐ Sheriff          ☐ Sheriff outside Illinois:
   *County & State*
   ☐ Special process server          ☐ Licensed private detective

REQUEST RECEIVED ON-MWOLFE@SHB.COM-10/06/2022 02:54 PM-DOCUMENT SUPPLIED ON 10/07/2022 10:03:55 AM # 17197216180

Enter the Case Number of your Case Here: 2022 L 000348

| | | |
|---|---|---|
| In **2**, enter the amount of money owed to you. | **2.** | **Information about the lawsuit:** |
| | | Amount claimed: $ 50,000.01 |
| In **3**, enter your complete address, telephone number, and email address, if you have one. | **3.** | **Contact information for the Plaintiff/Petitioner:** |
| | | Name *(First, Middle, Last):* ERNESTINA MARTINEZ c/o Fish Potter Bolanos, P.C. |
| | | Street Address, Unit #: 200 E 5th Avenue, Suite 123 |
| | | City, State, ZIP: Naperville, IL 60563 |
| | | Telephone: 312.861.1800  Email: docketing@fishlawfirm.com |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| | |
|---|---|
| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*. |
| | To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |

| | |
|---|---|
| Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**. | **4.** **Instructions for person receiving this *Summons* (Defendant):** |
| | ☐ a.  To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at: |
| | Address: 57 N. Ottawa Street, |
| | City, State, ZIP: Joliet, IL 60432 |
| In **4a**, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response*. | ☐ b.  Attend court: |
| | On: _____ at _____ ☐ a.m. ☐ p.m. in _____ |
| | *Date* *Time* *Courtroom* |
| | **In-person at:** |
| | _____ |
| | *Courthouse Address* *City* *State* *ZIP* |
| In **4b**, fill out: | OR |
| • The court date and time the clerk gave you. | **Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"): |
| • The courtroom and address of the court building. | By telephone: 312-626-6799 |
| • The call-in or video information for remote appearances (if applicable). | *Call-in number for telephone remote appearance* |
| | By video conference: https://zoom.us/ |
| | *Video conference website* |
| • The clerk's phone number and website. All of this information is available from the Circuit Clerk. | Meeting ID: 930 2919 0133  Password: 236236 |
| | *Video conference log-in information (meeting ID, password, etc.)* |
| | Call the Circuit Clerk at: 815-727-8592 or visit their website |
| | *Circuit Clerk's phone number* |
| | at: https://www.willcountycourts.com/ to find out more about how to do this. |
| | *Website* |

|  |  |
|---|---|
| **STOP!** The Circuit Clerk will fill in this section. | 5/6/2022 11:20 AM |
| | **Witness this Date:** _____ |
| | **Clerk of the Court:** *Andrea Lynn Chasteen* |
| **STOP!** The officer or process server will fill in the Date of Service. | **This *Summons* must be served within 30 days of the witness date.** |
| | Date of Service: _____ |
| | *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)* |

REQUEST RECEIVED ON-MWOLFE@SHB.COM-10/06/2022 02:47:11 PM DOCUMENT SUPPLIED ON 10/07/2022 10:03:55 AM # 17197216180

| STATE OF ILLINOIS, CIRCUIT COURT | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|
| WILL _____ COUNTY | | |

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | ERNESTINA MARTINEZ _____ **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v. AARON THOMAS COMPANY, INC., _____ **Defendant / Respondent** *(First, middle, last name)* | |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1ˢᵗ Summons issued for this Defendant.)* | **2022LA000248** _____ **Case Number** |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

**My name is** _____ **and I state**
       *First, Middle, Last*

☐ **I served the** *Summons* **and Complaint/Petition on the Defendant/Respondent**

_____ **as follows:**
*First, Middle, Last*

    ☐ Personally on the Defendant/Respondent:
        Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____ Race: _____
        On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
        Address, Unit#: _____
        City, State, ZIP: _____

    ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family
        member or lives there:
        On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
        Address, Unit#: _____
        City, State, ZIP: _____
        And left it with: _____
                *First, Middle, Last*
        Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____ Race: _____
        and by sending a copy to this defendant in a postage-paid, sealed envelope to the
        above address on _____ , 20 _____ .

    ☐ On the Corporation's agent, _____
                         *First, Middle, Last*
        Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____ Race: _____
        On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
        Address: _____
        City, State, ZIP: _____

REQUEST RECEIVED ON-MWOLFE@SHB.COM-10/06/2022 02:52 PM DOCUMENT SUPPLIED ON 10/07/2022 10:03:55 AM # 17197216180

Enter the Case Number and Name of the Page Clerk  2022L A000248

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____

*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

2.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

3.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

| | |
|---|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**By:** _____

*Signature by:*  ☐ Sheriff
  ☐ Sheriff outside Illinois

  _____
  *County and State*
  ☐ Special process server
  ☐ Licensed private detective

_____
*Print Name*

**FEES**
Service and Return: $ _____
Miles _____  $ _____
Total  $ 0.00

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

REQUEST RECEIVED ON-MWOLFE@SHB.COM-10/06/2022 02:47:11 PM DOCUMENT SUPPLIED ON 10/07/2022 10:03:55 AM # 17197216180

# Remote Court Instructions for Participants

Judges listed below permit court attendance via Zoom in certain circumstances. Judges not listed below do not allow remote court participation under any circumstances. **Please consult the Circuit Clerk website for individual standing orders**. Zoom is **FREE** and can be used with a computer, laptop, tablet, smart phone with a camera, or landline telephone. Instructions are below.

## Meeting IDs & Passwords

The Zoom meeting ID and password for each judge is listed below and will always remain the same:

**Allen** - 719 811 8159 (password: 002002)

**Anderson** - 930 2919 0133 (password: 236236)

**Archambeault** - 951 2005 0302 (password: 313)

**Dow** - 958 2123 0845 (password: 753923)

**Ewanic** - 955 6908 6067 (password: 011645)

**Garcia** - 756 136 6153 (password: 30734)

**Jarz** - 919 7619 1672 (password: 311311)

**Kennison** - 972 3796 2180 (password: 578874)

**Lund** - 860 206 7112 (password: 301301)

**Nash** - 984 7035 0576 (password: 574662)

**Osterberger** - 954 9877 7674 (password: 111111)

**Pavich** - 963 988 4732 (password: 002002)

**Petrungaro** - 992 7448 0487 (password: 117117)

**Rickmon** - 959 2357 1680 (password: 201201)

**Rossi** - 912 2466 3711 (password: 129129)

---

**Procedure for attorneys or self-represented litigants using a computer with a camera & microphone**

1. Create a Zoom account by going to Zoom.us and click "sign up, it's free" and follow the prompts from there.

2. Once Zoom opens, click "join a meeting" on the upper right.

3. Message box will appear asking for meeting ID number. Input the assigned judge's meeting ID.

4. Message box will appear. Click "open Zoom."

5. Message box will ask for the password. Input the assigned judge's password.

6. Screen should load, showing your face. Click "join with video."

7. Message box will appear, click "join with computer audio."

**Procedure for using Zoom on cell phone:**

1. Download the Zoom Cloud Meetings app on your cell phone.

2. Open the app and tap "Sign Up" (by following the prompts).

3. Tap "Join."

4. Input the meeting ID number or personal link name. Input assigned judge's meeting ID.

5. Message box will ask for the password. Input the assigned judge's password.

6. Tap 'Join with video."

7. Tap "call using internet audio."

8. Tap anywhere on the screen to make the header bars appear.

**Procedure for using Zoom on a landline or phone without Zoom app:**

1. Dial one of the below US dial-in numbers:

+1 312 626 6799
+1 929 436 2866
+1 301 715 8592
+1 669 900 6833
+1 253 215 8782
+1 346 248 7799

2. When prompted, input the assigned judge's meeting ID as listed above, followed by the pound key (#).

3. When prompted, input the assigned judge's password as listed above, followed by the pound key (#).

**Please login 10-15 minutes early to check-in with the Clerk. You may be in a waiting room until your case is called. The Judge shall mute participants until their case is called.**

**Failure to appear whether through the Zoom call or in person, may result in a default being entered against you.**

Rev. 07/21

Andrea Lynn Chasteen
Will County Circuit Clerk
Twelfth Judicial Circuit Court
Electronically Filed
2022LA000248
Filed Date: 4/18/2022 9:35 AM
Envelope: 17527955
Clerk: RR

**IN THE CIRCUIT COUTY OF WILL COUNTY, ILLINOIS**

ERNESTINA MARTINEZ, individually and on behalf of all others similarly situated,

*Plaintiff,*

v.

AARON THOMAS COMPANY, INC,

*Defendant.*

Case No.: 2022LA000248

## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

This is a proposed class action lawsuit for violations of the Biometric Information Privacy Act ("the Act"). Ernestina Martinez ("Martinez" or "Plaintiff") alleges that Defendant violated the Act by collecting, possessing, and transferring Plaintiff's and the proposed class's biometric fingerprint identifiers and information through Defendant's hand scan timekeeping system without following the Act's requirements. Class Action Complaint ("Compl.") ¶¶ 3-4, 24-28, 42-62. Plaintiff files this Motion for Class Certification under guidance from the Illinois Supreme Court to avoid a mootness issue that may result from a tender to Named Plaintiff. *See Barber v. Am. Airlines, Inc.*, 948 N.E.2d 1042, 1045 (Ill. 2011) ("the important consideration in determining whether a named representative's claim is moot is whether that representative filed a motion for class certification prior to the time when the defendant made its tender.") (citations omitted); *Ballard RN Ctr., Inc. v. Kohll's Pharmacy & Homecare, Inc.*, 48 N.E.3d 1060, 1069 (Ill. 2015) ("Simply put, defendant's tender of relief, "partial" or otherwise, after plaintiff filed its class certification motion could not render moot any part of plaintiff's pending action") (footnote and

1

citation omitted).

Named Plaintiff moves to certify the following class:[1]

All persons who had their fingerprints collected, captured, received, otherwise obtained, or disclosed by the Defendant while in Illinois ("the Class").

The proposed Class meets the requirements for class certification under 735 ILCS 5/2-801 (numerosity, commonality, adequacy, and appropriateness).

First, the Class is too numerous for joinder to be practical because it has more than 50 members. Compl. ¶ 31. As a result, the numerosity requirement in 735 ILCS 5/2-801(1) is satisfied. *Kim v. Sussman*, No. 03 CH 07663, 2004 WL 3135348, at *2 (Ill. Cir. Ct. Oct. 19, 2004) ("Although there is no bright line test to determine numerosity, the Illinois courts generally follow the reasoning that greater than 40 parties satisfies numerosity, but less than 25 people is insufficient." (citation omitted).

Second, there are common questions of law or fact that predominate over questions affecting only individual members, including: whether Defendant required the Class to scan their hands to clock in and out during shifts; whether Defendant collected the Class's "biometric identifiers" or "biometric information" under the Biometric Information Privacy Act; and whether Defendant complied with the procedures in 740 ILCS 14/15(a), (b), and (d) of the Biometric Information Privacy Act. ¶ 33. These uniform factual and legal determinations satisfy 735 ILCS 5/2-801(2). *See Ramirez v. Midway Moving & Storage, Inc.*, 880 N.E.2d 653, 658 (Ill. App. 1st Dist. 2007) (common questions of law and fact predominate where the potential class challenged the Defendant's "uniform policy.").

---

[1]     Named Plaintiff reserves the right to amend this class definition and supplement this motion based on information obtained in discovery.

2

Third, Named Plaintiff will fairly and adequately protect the interests of the Class because her claims are coextensive with those of the Class, she has no interests antagonistic to the Class, and she is not subject to unique defenses. *See Walczak v. Onyx Acceptance Corp.*, 850 N.E.2d 357, 371 (Ill. App. 2d Dist. 2006) (finding adequacy requirement in 735 ILCS 5/2-801(3) satisfied where "plaintiffs [were] in the same position as all putative class members").

Finally, a class action is an appropriate method for the fair and efficient adjudication of this controversy because the lawsuit alleges that Defendant's common practices toward employees violated the Act. "Where the first three requirements for class certification have been satisfied, the fourth requirement may be considered fulfilled as well." *Id.*

The United States District Courts for the Northern District of Illinois and the Northern District of California certified class actions under Rule 23(b)(3) of the Federal Rules of Civil Procedure in cases alleging violations of the Act. *Alvarado v. Int'l Laser Prods., Inc.*, Case No. 1:18-cv-7756, 2019 WL 333795, at *1 (N.D. Ill. June 19, 2019) (claims by employees alleging violations of the Act based on the defendant's biometric fingerprint timekeeping system); *In re Facebook Biometric Info. Privacy Litig.*, 326 F.R.D. 535, 549 (N.D. Cal. 2018) (claims by Facebook users who alleged that the defendant collected their biometric identifiers and information from their social media photos).

WHEREFORE, for the foregoing reasons, Named Plaintiff requests that the Court:

A. Enter and continue this motion and enter an order allowing expedited limited class certification discovery;

B. Set a schedule for Named Plaintiff to file supplemental evidentiary materials and a supporting memorandum of law; and

C. Such other relief as this Court deems appropriate under the circumstances.

3

Dated: April 18, 2022                    Respectfully submitted,

                                      /s/Mara Baltabols
                                      One of Plaintiff's Attorneys

                                      David Fish
                                      Mara Baltabols
                                      **FISH POTTER BOLAÑOS, P.C.**
                                      200 East Fifth Avenue, Suite 123
                                      Naperville, Illinois 60563
                                      dfish@fishlawfirm.com
                                      mara@fishlawfirm.com

                                      *Attorneys for Plaintiff*

4

Andrea Lynn Chasteen
Will County Circuit Clerk
Twelfth Judicial Circuit Court
Electronically Filed
2022LA000248
Filed Date: 6/21/2022 9:48 AM
Envelope: 18359331
Clerk: MR

## IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
## WILL COUNTY, ILLINOIS

ERNESTINA MARTINEZ, individually and on
behalf of all others similarly situated,

*Plaintiff*,

v.

AARON THOMAS COMPANY, INC.,

*Defendant*,

Case No: 2022LA248

Meeting ID: 930 2919 0133
Password: 236236

## **ORDER**

THIS MATTER, coming before the Court for Plaintiff's Motion for Class Certification, the Court being duly advised, IT IS HEREBY ORDERED:

(1) Plaintiff's Motion for Class Certification is entered and continued to August 30, 2022 at 9:00 a.m. via Zoom videoconference.

(2) The August 1, 2022 case management date is <u>stricken</u>.

*It is so ordered.*
6/21/2022

_____
Judge Anderson

*Prepared by*:
Mara Baltabols
Fish Potter Bolaños, PC
mara@fishlawfirm.com

Andrea Lynn Chasteen
Will County Circuit Clerk
Twelfth Judicial Circuit Court
Electronically Filed
2022LA000248
Filed Date: 8/30/2022 4:25 PM
Envelope: 19292989
Clerk: LH

# IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
## WILL COUNTY, ILLINOIS

ERNESTINA MARTINEZ, individually and on
behalf of all others similarly situated,

*Plaintiff*,

v.

AARON THOMAS COMPANY, INC.,

*Defendant*,

Case No: 2022LA248

Meeting ID: 930 2919 0133
Password: 236236

## **ORDER**

THIS MATTER, coming before the Court for Plaintiff's Motion for Class Certification, the Court being duly advised, IT IS HEREBY ORDERED:

(1) Plaintiff's Motion for Class Certification is entered and continued to December 20, 2022 at 9:00 a.m. via Zoom videoconference; and

(2) Plaintiff is granted leave to Appoint a Special Process Server Elite Process Serving & Investigations (License #11700119).

*It is so ordered.*

_____

Judge Anderson

**8/30/2022 4:25 PM**

*Prepared by*:
Mara Baltabols
Fish Potter Bolaños, PC
mara@fishlawfirm.com

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Courts.

Case: 1:22-cv-05510 Document #: 1-1 Filed: 10/07/22 Page 27 of 36 PageID #:33

| STATE OF ILLINOIS, CIRCUIT COURT | **SUMMONS** | For Court Use Only |
|---|---|---|
| WILL COUNTY | | *50204276* |

*Serued on RKA / RA*
*9-7-2022*

| | |
|---|---|
| **Instructions ▼** | ERNESTINA MARTINEZ, individually and on behalf of all |
| Enter above the county name where the case was filed. | others similarly situated |
| | **Plaintiff / Petitioner** (First, middle, last name) |
| Enter your name as Plaintiff/Petitioner. | |
| | v. AARON THOMAS COMPANY, INC., |
| Enter the names of all people you are suing as Defendants/Respondents. | **2022LA000248** |
| | **Defendant / Respondent** (First, middle, last name) |
| Enter the Case Number given by the Circuit Clerk. | **Case Number** |
| | [X] **Alias Summons** (Check this box if this is not the 1st Summons issued for this Defendant.) |

| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.

Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org. |
|---|---|
| **Plaintiff/Petitioner:** | Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.

If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent. |

| | |
|---|---|
| In **1a**, enter the name and address of a Defendant/Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here. | **1. Defendant/Respondent's address and service information:**

a. Defendant/Respondent's primary address/information for service:
   Name (First, Middle, Last): AARON THOMAS COMPANY, INC.,
   Registered Agent's name, if any: c/o R KYMN HARP
   Street Address, Unit #: 180 N LA SALLE ST STE 3300
   City, State, ZIP: CHICAGO , IL 60601
   Telephone: _____ Email: _____ |
| In **1b**, enter a second address for Defendant/Respondent, if you have one. | b. If you have more than one address where Defendant/Respondent might be found, list that here:
   Name (First, Middle, Last): _____
   Street Address, Unit #: _____
   City, State, ZIP: _____
   Telephone: _____ Email: _____ |
| In **1c**, check how you are sending your documents to Defendant/Respondent. | c. Method of service on Defendant/Respondent:
   [ ] Sheriff   [ ] Sheriff outside Illinois: _____
                                    *County & State*
   [ ] Special process server   [ ] Licensed private detective |

| | | |
|---|---|---|
| SU-S 1503.2 | Page 1 of 4 | (06/21) |

Enter the Case Number given by the Circuit Clerk:     2022

* 5 0 2 0 4 2 7 6 *

| | |
|---|---|
| In **2**, enter the amount of money owed to you. | **2.** **Information about the lawsuit:** <br> Amount claimed:  $ 50,000.01 |
| In **3**, enter your complete address, telephone number, and email address, if you have one. | **3.** **Contact information for the Plaintiff/Petitioner:** <br> Name *(First, Middle, Last):*  ERNESTINA MARTINEZ c/o Fish Potter Bolanos, P.C. <br> Street Address, Unit #:  200 E 5th Avenue, Suite 123 <br> City, State, ZIP:  Naperville, IL 60563 <br> Telephone:  312.861.1800     Email:  docketing@fishlawfirm.com |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| | |
|---|---|
| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*. <br> To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |

| | |
|---|---|
| Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**. | **4.** **Instructions for person receiving this *Summons* (Defendant):** <br> [x] a.  To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served *(not counting the day of service)* by e-filing or at: <br> Address:  100 W. Jefferson St. <br> City, State, ZIP:  Joliet, IL 60432 |
| In **4a**, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response*. | [ ] b.  Attend court: <br> On: _____ at _____ [ ] a.m. [ ] p.m. in _____ <br>    *Date*          *Time*                    *Courtroom* <br> **In-person at:** <br> _____ <br> *Courthouse Address*      *City*                  *State*    *ZIP* <br> OR |
| In **4b**, fill out: <br> • The court date and time the clerk gave you. <br> • The courtroom and address of the court building. <br> • The call-in or video information for remote appearances (if applicable). <br> • The clerk's phone number and website. All of this information is available from the Circuit Clerk. | **Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"): <br> By telephone:  312-626-6799 <br>            *Call-in number for telephone remote appearance* <br> By video conference:  https://zoom.us/ <br>               *Video conference website* <br> Meeting ID: 930 2919 0133    Password: 236236 <br> *Video conference log-in information (meeting ID, password, etc.)* <br> Call the Circuit Clerk at:  815-727-8592    or visit their website <br>                 *Circuit Clerk's phone number* <br> at:  https://www.willcountycourts.com/    to find out more about how to do this. <br>    *Website* |

8/25/2022 11:00 AM

**Witness this Date:** _____

**Clerk of the Court:** *Andrea Lynn Chasteen*



**This *Summons* must be served within 30 days of the witness date.**

Date of Service: _____
    *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

| STATE OF ILLINOIS, CIRCUIT COURT | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only * 5 0 2 0 4 2 7 6 * |
|---|---|---|

WILL COUNTY

| Instructions | |
|---|---|
| Enter above the county name where the case was filed. | ERNESTINA MARTINEZ |
| Enter your name as Plaintiff/Petitioner. | **Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter the names of all people you are suing as Defendants/ Respondents. | v.  AARON THOMAS COMPANY, INC., |
| Enter the Case Number given by the Circuit Clerk. | **Defendant / Respondent** *(First, middle, last name)*  ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |

**2022LA000248**

**Case Number**

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

**My name is** _____ **and I state**
*First, Middle, Last*

☐ **I served the** *Summons* **and Complaint/Petition on the Defendant/Respondent**
_____ **as follows:**
*First, Middle, Last*

☐ Personally on the Defendant/Respondent:
Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address, Unit#: _____
City, State, ZIP: _____

☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address, Unit#: _____
City, State, ZIP: _____
And left it with: _____
*First, Middle, Last*
Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on _____ , 20 _____ .

☐ On the Corporation's agent, _____
*First, Middle, Last*
Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____

Enter the Case Number of the Circuit Clerk

`* 5 0 2 0 4 2 7 6 *`

☐ **I was not able to serve the** *Summons* **and Complaint/Petition on Defendant/Respondent:**

_____

*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____
   _____

> **DO NOT** complete this section. The sheriff or private process server will complete it.

**If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.**

> Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**By:**

*Signature by:*  ☐ Sheriff
                 ☐ Sheriff outside Illinois:
                 _____
                 *County and State*
                 ☐ Special process server
                 ☐ Licensed private detective

_____
*Print Name*

**FEES**

Service and Return:  $ _____
Miles _____  $ _____
Total                $ 0.00

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

# Remote Court Instructions for Participants

Judges listed below permit court attendance via Zoom in certain circumstances. Judges not listed below do not allow remote court participation under any circumstances. **Please consult the Circuit Clerk website for individual standing orders**. Zoom is **FREE** and can be used with a computer, laptop, tablet, smart phone with a camera, or landline telephone. Instructions are below.

## Meeting IDs & Passwords

The Zoom meeting ID and password for each judge is listed below and will always remain the same:

**Allen** - 719 811 8159 (password: 002002)

**Anderson** - 930 2919 0133 (password: 236236)

**Archambeault** - 951 2005 0302 (password: 313)

**Dow** - 958 2123 0845 (password: 753923)

**Ewanic** - 955 6908 6067 (password: 011645)

**Garcia** - 756 136 6153 (password: 30734)

**Jarz** - 919 7619 1672 (password: 311311)

**Kennison** - 972 3796 2180 (password: 578874)

**Lund** - 860 206 7112 (password: 301301)

**Nash** - 984 7035 0576 (password: 574662)

**Osterberger** - 954 9877 7674 (password: 111111)

**Pavich** - 963 988 4732 (password: 002002)

**Petrungaro** - 992 7448 0487 (password: 117117)

**Rickmon** - 959 2357 1680 (password: 201201)

**Rossi** - 912 2466 3711 (password: 129129)

---

**Procedure for attorneys or self-represented litigants using a computer with a camera & microphone**

Create a Zoom account by going to Zoom.us and click "sign up, it's free" and follow the prompts from there.

Once Zoom opens, click "join a meeting" on the upper right.

Message box will appear asking for meeting ID number. Input the assigned judge's meeting ID.

Message box will appear. Click "open Zoom."

Message box will ask for the password. Input the assigned judge's password.

Screen should load, showing your face. Click "join with video."

Message box will appear, click "join with computer audio."

**Procedure for using Zoom on cell phone:**

1. Download the Zoom Cloud Meetings app on your cell phone.

2. Open the app and tap "Sign Up" (by following the prompts).

3. Tap "Join."

4. Input the meeting ID number or personal link name. Input assigned judge's meeting ID.

5. Message box will ask for the password. Input the assigned judge's password.

6. Tap 'Join with video."

7. Tap "call using internet audio."

8. Tap anywhere on the screen to make the header bars appear.

**Procedure for using Zoom on a landline or phone without Zoom app:**

1. Dial one of the below US dial-in numbers:

+1 312 626 6799
+1 929 436 2866
+1 301 715 8592
+1 669 900 6833
+1 253 215 8782
+1 346 248 7799

2. When prompted, input the assigned judge's meeting ID as listed above, followed by the pound key (#).

3. When prompted, input the assigned judge's password as listed above, followed by the pound key (#).

**Please login 10-15 minutes early to check-in with the Clerk. You may be in a waiting room until your case is called. The Judge shall mute participants until their case is called.**

**Failure to appear whether through the Zoom call or in person, may result in a default being entered against you.**

Rev. 07/21

| STATE OF ILLINOIS, CIRCUIT COURT | **SUMMONS** | *For Court Use Only* |
|---|---|---|
| WILL COUNTY | | * 5 0 2 0 4 2 7 6 * |

| **Instructions ▼** | |
|---|---|
| Enter above the county name where the case was filed. | ERNESTINA MARTINEZ, individually and on behalf of all others similarly situated |
| | **Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v. AARON THOMAS COMPANY, INC., |
| | **2022LA000248** |
| | **Defendant / Respondent** *(First, middle, last name)* |
| Enter the Case Number given by the Circuit Clerk. | **Case Number** |
| | [X] **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |

| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/. <br><br> E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org. <br><br> Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org. |
|---|---|
| **Plaintiff/Petitioner:** | Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help. <br><br> If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent. |

| | **1. Defendant/Respondent's address and service information:** |
|---|---|
| In **1a**, enter the name and address of a Defendant/ Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here. | a. Defendant/Respondent's primary address/information for service: <br> Name *(First, Middle, Last)*: AARON THOMAS COMPANY, INC., <br> Registered Agent's name, if any: c/o R KYMM HARP <br> Street Address, Unit #: 180 N LA SALLE ST STE 3300 <br> City, State, ZIP: CHICAGO , IL 60601 <br> Telephone: _____ Email: _____ |
| In **1b**, enter a second address for Defendant/ Respondent, if you have one. | b. If you have more than one address where Defendant/Respondent might be found, list that here: <br> Name *(First, Middle, Last)*: _____ <br> Street Address, Unit #: _____ <br> City, State, ZIP: _____ <br> Telephone: _____ Email: _____ |
| In **1c**, check how you are sending your documents to Defendant/ Respondent. | c. Method of service on Defendant/Respondent: <br> ☐ Sheriff ☐ Sheriff outside Illinois: _____ <br> *County & State* <br> ☐ Special process server ☐ Licensed private detective |

| | |
|---|---|
| In **2**, enter the amount of money owed to you. | **2.** **Information about the lawsuit:** <br> Amount claimed: $ 50,000.01 |
| In **3**, enter your complete address, telephone number, and email address, if you have one. | **3.** **Contact information for the Plaintiff/Petitioner:** <br> Name *(First, Middle, Last)*: ERNESTINA MARTINEZ c/o Fish Potter Bolanos, P.C. <br> Street Address, Unit #: 200 E 5th Avenue, Suite 123 <br> City, State, ZIP: Naperville, IL 60563 <br> Telephone: 312.861.1800 Email: docketing@fishlawfirm.com |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| | |
|---|---|
| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*. <br> To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |

| | |
|---|---|
| Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**. | **4.** **Instructions for person receiving this *Summons* (Defendant):** <br> [x] a. To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at: <br> Address: 100 W. Jefferson St. <br> City, State, ZIP: Joliet, IL 60432 |
| In **4a**, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response*. | [ ] b. Attend court: <br> On: _____ at _____ [ ] a.m. [ ] p.m. in _____ <br> *Date*      *Time*      *Courtroom* <br> **In-person at:** <br> _____ <br> *Courthouse Address*    *City*      *State*    *ZIP* <br> OR |
| In **4b**, fill out: <br> • The court date and time the clerk gave you. <br> • The courtroom and address of the court building. <br> • The call-in or video information for remote appearances (if applicable). <br> • The clerk's phone number and website. All of this information is available from the Circuit Clerk. | **Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"): <br> By telephone: 312-626-6799 <br> *Call-in number for telephone remote appearance* <br> By video conference: https://zoom.us/ <br> *Video conference website* <br> Meeting ID: 930 2919 0133   Password: 236236 <br> *Video conference log-in information (meeting ID, password, etc.)* <br> Call the Circuit Clerk at: 815-727-8592    or visit their website <br> *Circuit Clerk's phone number* <br> at: https://www.willcountycourts.com/   to find out more about how to do this. <br> *Website* |

| | |
|---|---|
| **STOP!** <br> The Circuit Clerk will fill in this section. | **8/25/2022 11:00 AM** <br> Witness this Date: _____ <br> Clerk of the Court: *Andrea Lynn Chasteen* |
| **STOP!** <br> The officer or process server will fill in the Date of Service. | **This *Summons* must be served within 30 days of the witness date.** <br> Date of Service: _____ <br> *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)* |



This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Courts.

Case: 1:22-cv-05310 Document #: 1-1 Filed: 10/07/22 Page 34 of 36 PageID #:40

| STATE OF ILLINOIS, CIRCUIT COURT | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only<br>* 5 0 2 0 4 2 7 6 * |
|---|---|---|

WILL **COUNTY**

| **Instructions** | |
|---|---|
| Enter above the county name where the case was filed. | ERNESTINA MARTINEZ |
| Enter your name as Plaintiff/Petitioner. | **Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter the names of all people you are suing as Defendants/ Respondents. | v.<br><br>AARON THOMAS COMPANY, INC., |
| Enter the Case Number given by the Circuit Clerk. | **Defendant / Respondent** *(First, middle, last name)*<br><br>☐ **Alias Summons** *(Check this box if this is not the 1ˢᵗ Summons issued for this Defendant.)* |

**2022LA000248**

**Case Number**

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

**My name is** _____ **and I state**
*First, Middle, Last*

☐ **I served the** *Summons* **and Complaint/Petition on the Defendant/Respondent**

_____ **as follows:**
*First, Middle, Last*

☐ Personally on the Defendant/Respondent:
Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address, Unit#: _____
City, State, ZIP: _____

☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address, Unit#: _____
City, State, ZIP: _____
And left it with: _____
*First, Middle, Last*
Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
and by sending a copy to this defendant in a postage-paid, sealed envelope to the
above address on _____ , 20 _____ .

☐ On the Corporation's agent, _____
*First, Middle, Last*
Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____

☐ **I was not able to serve the** *Summons* **and Complaint/Petition on Defendant/Respondent:**

\* 5 0 2 0 4 2 7 6 \*

_____

*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

| DO NOT complete this section. The sheriff or private process server will complete it. |
| --- |

**If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.**

| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. |
| --- |

**By:**

*Signature by:* ☐ Sheriff
_____ ☐ Sheriff outside Illinois:

_____
*County and State*
☐ Special process server
☐ Licensed private detective

_____
*Print Name*

**FEES**

Service and Return: $ _____
Miles _____ $ _____
Total $ 0.00

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

# Remote Court Instructions for Participants

Judges listed below permit court attendance via Zoom in certain circumstances. Judges not listed below do not allow remote court participation under any circumstances. **Please consult the Circuit Clerk website for individual standing orders**. Zoom is **FREE** and can be used with a computer, laptop, tablet, smart phone with a camera, or landline telephone. Instructions are below.

## Meeting IDs & Passwords

The Zoom meeting ID and password for each judge is listed below and will always remain the same:

**Allen** - 719 811 8159 (password: 002002)

**Anderson** - 930 2919 0133 (password: 236236)

**Archambeault** - 951 2005 0302 (password: 313)

**Dow** - 958 2123 0845 (password: 753923)

**Ewanic** - 955 6908 6067 (password: 011645)

**Garcia** - 756 136 6153 (password: 30734)

**Jarz** - 919 7619 1672 (password: 311311)

**Kennison** - 972 3796 2180 (password: 578874)

**Lund** - 860 206 7112 (password: 301301)

**Nash** - 984 7035 0576 (password: 574662)

**Osterberger** - 954 9877 7674 (password: 111111)

**Pavich** - 963 988 4732 (password: 002002)

**Petrungaro** - 992 7448 0487 (password: 117117)

**Rickmon** - 959 2357 1680 (password: 201201)

**Rossi** - 912 2466 3711 (password: 129129)

| Procedure for attorneys or self-represented litigants using a computer with a camera & microphone | Procedure for using Zoom on cell phone: | Procedure for using Zoom on a landline or phone without Zoom app: |
|---|---|---|
| Create a Zoom account by going to Zoom.us and click "sign up, it's free" and follow the prompts from there. | 1. Download the Zoom Cloud Meetings app on your cell phone. | 1. Dial one of the below US dial-in numbers: |
| Once Zoom opens, click "join a meeting" on the upper right. | 2. Open the app and tap "Sign Up" (by following the prompts). | +1 312 626 6799<br>+1 929 436 2866<br>+1 301 715 8592<br>+1 669 900 6833<br>+1 253 215 8782<br>+1 346 248 7799 |
| Message box will appear asking for meeting ID number. Input the assigned judge's meeting ID. | 3. Tap "Join." | |
| Message box will appear. Click "open Zoom." | 4. Input the meeting ID number or personal link name. Input assigned judge's meeting ID. | |
| Message box will ask for the password. Input the assigned judge's password. | 5. Message box will ask for the password. Input the assigned judge's password. | 2. When prompted, input the assigned judge's meeting ID as listed above, followed by the pound key (#). |
| Screen should load, showing your face. Click "join with video." | 6. Tap 'Join with video." | |
| Message box will appear, click "join with computer audio." | 7. Tap "call using internet audio." | 3. When prompted, input the assigned judge's password as listed above, followed by the pound key (#). |
| | 8. Tap anywhere on the screen to make the header bars appear. | |

**Please login 10-15 minutes early to check-in with the Clerk. You may be in a waiting room until your case is called. The Judge shall mute participants until their case is called.**

**Failure to appear whether through the Zoom call or in person, may result in a default being entered against you.**

Rev. 07/21