# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Ernestina Martinez

                        Plaintiff,

v.                                                Case No.: 1:22–cv–05516
                                                       Honorable Jeffrey I Cummings

Aaron Thomas Company, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 6, 2024:

      MINUTE entry before the Honorable Jeffrey I Cummings: Motion hearing held on plaintiff's motion in support of attorneys' fees, costs, and service award [39] and plaintiff's motion in support of final approval of class action settlement [41]. For the reasons stated on the record in open court, plaintiff's motion for attorney's fees [39] and for final approval of class action settlement [41] are granted. Enter Final Approval Order. Civil case terminated. Mailed notice(cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.